# Exhibit 1

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**  Reg. No. 1,378,009
Registered Jan. 14, 1986

## TRADEMARK
### PRINCIPAL REGISTER

### SPECIALIZED

SPECIALIZED BICYCLE IMPORTS, INC. (CALIFORNIA CORPORATION)
1040 FLORENCE WAY
CAMPBELL, CA 95008

  FOR: BICYCLE COMPONENTS AND ACCESSORIES; NAMELY, TIRES, TOE CLIPS, TOE STRAPS, TOE STRAP END BUTTONS, CABLES, TUBES, CABLE HOUSINGS, CABLE CLIPS, HANDLE BARS, STEMS, FRAMES, STAYGUARDS AND SANDLE BAG HOOPS, IN CLASS 12 (U.S. CL. 19).
  FIRST USE 4-1-1977; IN COMMERCE 4-1-1977.
  SEC. 2(F).

  SER. NO. 330,443, FILED 9-30-1981.

JEFFERSON FRIDAY, EXAMINING ATTORNEY




**United States Patent and Trademark Office**

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | |
|---|---|
| **Serial #:** 73330443 | **Filing Dt:** 09/30/1981 |
| **Reg #:** 1378009 | **Reg. Dt:** 01/14/1986 |
| **Registrant:** SPECIALIZED BICYCLE IMPORTS, INC. | |
| **Mark:** SPECIALIZED | |

## Assignment: 1

**Reel/Frame:** 0609/0238    **Recorded:** 07/12/1988    **Pages:** 2

**Conveyance:** CHANGE OF NAME 19831024

**Assignor:** SPECIALIZED BICYCLE IMPORTS, INC.
   **Exec Dt:** 06/16/1988
   **Entity Type:** CORPORATION
   **Citizenship:** CALIFORNIA

**Assignee:** SPECIALIZED BICYCLE COMPONENTS, INC.
   **Entity Type:** UNKNOWN
   **Citizenship:** NONE

**Correspondent:** FLEHR, HOHBACH, ET AL.
SUITE 3400
FOUR EMBARCADERO CENTER
SAN FRANCISCO, CA 94111-4187

## Assignment: 2

**Reel/Frame:** 1572/0088    **Recorded:** 03/27/1997    **Pages:** 26

**Conveyance:** SECURITY INTEREST

**Assignor:** SPECIALIZED BICYCLE COMPONENTS, INC.
   **Exec Dt:** 02/14/1997
   **Entity Type:** CORPORATION
   **Citizenship:** NONE

**Assignee:** BANK OF AMERICA NATIONAL TRUST AND SAVING ASSOCIATION, AS ADMINISTRATIVE AGENT
AGENCY MANAGEMENT #10831
1455 MARKET ST., 12TH FLOOR
SAN FRANCISCO, CALIFORNIA 94103
   **Entity Type:** A NATIONAL BANKING ASSOCIATION
   **Citizenship:** NONE

**Correspondent:** BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION/LEGAL DEPT. #24017
MARGARET LEHMANN
555 SOUTH FLOWER STREET, 8TH FLOOR
LOS ANGELES, CA 90071

## Assignment: 3

**Reel/Frame:** 2161/0020    **Recorded:** 09/26/2000    **Pages:** 10

**Conveyance:** SECURITY INTEREST

**Assignor:** SPECIALIZED BICYCLE COMPONENTS, INC.
   **Exec Dt:** 04/01/2000
   **Entity Type:** CORPORATION
   **Citizenship:** CALIFORNIA

**Assignee:** BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
   **Entity Type:** CORPORATION

| | |
|---|---|
| | COMMERCIAL AGENCY MANAGEMENT, WA1-501-37-20, |
| | 800 FIFTH AVENUE, FLOOR 37 |
| | WASHINGTON 98104 |
| **Citizenship:** | NONE |
| **Correspondent:** | RANDA TABET |
| | 1999 AVENUE OF THE STARS |
| | SUITE 1600 |
| | LOS ANGELES, CA 90067 |

## Assignment: 4

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 2325/0833 | **Recorded:** | 07/12/2001 | **Pages:** | 11 |
| **Conveyance:** | SECURITY INTEREST | | | | |
| **Assignor:** | SPECIALIZED BICYCLE COMPONENTS, INC. | | | **Exec Dt:** | 06/29/2001 |
| | | | | **Entity Type:** | CORPORATION |
| | | | | **Citizenship:** | CALIFORNIA |
| **Assignee:** | GENERAL ELECTRIC CAPITAL CORPORATION AS ADMINISTRATIVE AGENT | | | **Entity Type:** | CORPORATION |
| | SUITE 200 | | | **Citizenship:** | NATIONAL AERONAUTICS AND SPACE ADMINISTRATION |
| | 350 SOUTH BEVERLY DRIVE | | | | |
| | BEVERLY HILLS, CALIFORNIA 90212 | | | | |
| **Correspondent:** | JILL H. MATICHAK, ESQ. | | | | |
| | O'MELVENY & MEYERS LLP | | | | |
| | EMBARCARDO CENTER WEST, 275 BATTERY STREET, SUITE 2600 | | | | |
| | SAN FRANCISCO, CA 94111-3305 | | | | |

## Assignment: 5

| | | | | | |
|---|---|---|---|---|---|
| **Reel/Frame:** | 2326/0110 | **Recorded:** | 07/12/2001 | **Pages:** | 9 |
| **Conveyance:** | RELEASE OF SECURITY INTEREST | | | | |
| **Assignor:** | BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT | | | **Exec Dt:** | 06/29/2001 |
| | | | | **Entity Type:** | UNITED STATES ASSOCIATION |
| | | | | **Citizenship:** | NONE |
| **Assignee:** | SPECIALIZED BICYCLE COMPONENTS, INC. | | | **Entity Type:** | CORPORATION |
| | 15130 CONCORD CIRCLE | | | **Citizenship:** | CALIFORNIA |
| | MORGAN HILL, CALIFORNIA 95037 | | | | |
| **Correspondent:** | O'MELVENY & MYERS LLP | | | | |
| | JILL H. MATICHAK, ESQ. | | | | |
| | EMBARCADERO CENTER WEST | | | | |
| | 275 BATTERY STREET, SUITE 2600 | | | | |
| | SAN FRANCISCO, CA 94111-3305 | | | | |

Search Results as of: 11/16/2016 06:40 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cl.: 12

Prior U.S. Cl.: 19

**United States Patent and Trademark Office**  Reg. No. 1,496,698
Registered July 19, 1988

## TRADEMARK
### PRINCIPAL REGISTER

### EPIC

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES, IN CLASS 12 (U.S. CL. 19).

FIRST USE 10-25-1987; IN COMMERCE 10-25-1987.

SER. NO. 702,947, FILED 12-28-1987.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**　Reg. No. 1,515,498
　　　　　　　　　　　　　　　　　　　　　　　　　　　Registered Dec. 6, 1988

## TRADEMARK
### PRINCIPAL REGISTER



SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLISTS' SHOES AND CLOTHINGS, NAMELY SHORTS, SOCKS, AND JERSEYS, IN CLASS 25 (U.S. CL. 39).

FIRST USE 2-1-1987; IN COMMERCE 2-1-1987.

OWNER OF U.S. REG. NO. 1,256,797 AND OTHERS.

THE MARK CONSISTS OF A STYLIZED LETTER "S" AND DESIGN.

SER. NO. 719,028, FILED 3-28-1988.

RICHARD B. GORDON, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,854,592
Registered June 15, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## TARMAC

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 9-17-2003; IN COMMERCE 2-27-2004.

SN 76-432,374, FILED 7-19-2002.

VIVIAN MICZNIK FIRST, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 2,940,114
Registered Apr. 12, 2005

## TRADEMARK
PRINCIPAL REGISTER

# S-WORKS

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES AND BICYCLE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-0-2001; IN COMMERCE 9-0-2001.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-397,482, FILED 4-6-2004.

CHRISTOPHER ADKINS, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35, and 44

**United States Patent and Trademark Office**

Reg. No. 2,955,370
Registered May 24, 2005

## TRADEMARK
PRINCIPAL REGISTER

## ROVAL

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLE PARTS, NAMELY, WHEELS, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 2-1-2005; IN COMMERCE 2-1-2005.

SN 76-491,031, FILED 2-20-2003.

BRIAN PINO, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

United States Patent and Trademark Office

Reg. No. 3,183,096
Registered Dec. 12, 2006

## TRADEMARK
### PRINCIPAL REGISTER



SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES, AND BICYCLE PARTS AND ACCESSORIES, NAMELY, BICYCLE FRAMES, BICYCLE PUMPS, INNER TUBES, TIRES, SADDLES, HANDLEBAR GRIPS, HANDLEBAR SAFETY PADS, HANDLEBARS, HANDLEBAR TAPE, BRAKE LEVERS, HANDLEBAR STEMS, SEAT POSTS, AND WATER BOTTLE CAGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 5-6-1982; IN COMMERCE 5-6-1982.

OWNER OF U.S. REG. NO. 1,256,797.

SER. NO. 78-691,508, FILED 8-12-2005.

MARTHA FROMM, EXAMINING ATTORNEY

Int. Cl.: 12

Prior U.S. Cls.: 19, 21, 23, 31, 35 and 44

**United States Patent and Trademark Office**

Reg. No. 3,293,615
Registered Sep. 18, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

# SPECIALIZED

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES, BICYCLE PUMPS, INNER TUBES, SADDLES, GRIPS, HANDLEBAR PADS, HANDLEBAR TAPE, BRAKE LEVERS, SEAT POSTS AND WATER BOTTLE CAGES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 4-1-1977; IN COMMERCE 4-1-1977.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 1,378,009.

SEC. 2(F).

SER. NO. 78-691,490, FILED 8-12-2005.

REBECCAH GAN, EXAMINING ATTORNEY



# SPECIALIZED

| | |
|---|---|
| **Reg. No. 3,942,515** | SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION) |
| | 15130 CONCORD CIRCLE |
| **Registered Apr. 12, 2011** | MORGAN HILL, CA 95037 |
| **Int. Cl.: 25** | FOR: BICYCLISTS' SHOES AND CLOTHING, NAMELY, SHORTS, SOCKS AND JERSEYS, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **TRADEMARK** | FIRST USE 12-1-1983; IN COMMERCE 12-1-1983. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR. |
| | OWNER OF U.S. REG. NOS. 1,378,009, 1,529,532, AND 3,293,615. |
| | SEC. 2(F). |
| | SER. NO. 77-070,775, FILED 12-22-2006. |
| | AMY HELLA, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,989,153**
**Registered July 5, 2011**
**Int. Cls.: 9 and 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: PROTECTIVE BODY ARMOR, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, TOPS, BASE LAYERS, JACKETS, JERSEYS, SHORTS, PADDED SHORTS, PANTS, SWEAT PANTS, TIGHTS, VESTS, SOCKS, ARM WARMERS, KNEE WARMERS, HEADWEAR, AND FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

OWNER OF U.S. REG. NOS. 1,515,498, 3,290,139 AND OTHERS.

THE MARK CONSISTS OF THE STYLIZED LETTER "S".

SER. NO. 85-166,131, FILED 11-1-2010.

APRIL HESIK, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office



United States Patent and Trademark Office

# VENGE

| | |
|---|---|
| **Reg. No. 4,016,727** | SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION) |
| **Registered Aug. 23, 2011** | 15130 CONCORD CIRCLE<br>MORGAN HILL, CA 95037 |
| **Int. Cl.: 12** | FOR: BICYCLES AND BICYCLE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44). |
| **TRADEMARK** | FIRST USE 3-16-2011; IN COMMERCE 4-19-2011. |
| **PRINCIPAL REGISTER** | THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.<br><br>SN 85-002,458, FILED 3-30-2010.<br><br>HEATHER THOMPSON, EXAMINING ATTORNEY |



Director of the United States Patent and Trademark Office



# SPECIALIZED

| | |
|---|---|
| **Reg. No. 4,019,602** | SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)<br>15130 CONCORD CIRCLE |
| **Registered Aug. 30, 2011** | MORGAN HILL, CA 95037 |
| **Int. Cl.: 25** | FOR: CLOTHING, NAMELY, FOOTWEAR, SHIRTS, T-SHIRTS, TOPS, SOCKS, JACKETS, BASE LAYERS, SHORTS, PADDED SHORTS, PANTS, SWEAT PANTS, TIGHTS, VESTS, ARM WARMERS, KNEE WARMERS, HEADWEAR, GLOVES, NAMELY, CYCLING GLOVES |
| **TRADEMARK** | AND OUTDOOR GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39). |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1987; IN COMMERCE 0-0-1987. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,378,009, 1,529,532, AND 3,293,615.

SEC. 2(F).

SER. NO. 85-260,986, FILED 3-8-2011.

HANNO RITTNER, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office



# SPECIALIZED

| | |
|---|---|
| **Reg. No. 4,201,350** | SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION) |
| **Registered Sep. 4, 2012** | 15130 CONCORD CIRCLE<br>MORGAN HILL, CA 95037 |
| **Int. Cl.: 35** | FOR: WHOLESALE AND RETAIL STORE SERVICES FEATURING BICYCLES, PARTS AND FITTINGS FOR BICYCLES, CLOTHING, FOOTWEAR AND HEADGEAR, PROTECTIVE SPORTING EQUIPMENT, CYCLING AND SPORTING EQUIPMENT, IN CLASS 35 (U.S. CLS. 100, 101 AND 102). |
| **SERVICE MARK** | |
| **PRINCIPAL REGISTER** | FIRST USE 0-0-1977; IN COMMERCE 0-0-1977. |

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 1,378,009, 4,016,112 AND OTHERS.

SEC. 2(F).

SER. NO. 85-480,100, FILED 11-23-2011.

ZACHARY BELLO, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,254,076**  
**Registered Dec. 4, 2012**  
**Int. Cl.: 12**

**TRADEMARK**

**PRINCIPAL REGISTER**

SPECIALIZED BICYCLE COMPONENTS, INC. (CALIFORNIA CORPORATION)
15130 CONCORD CIRCLE
MORGAN HILL, CA 95037

FOR: BICYCLES AND BICYCLE FRAMES, IN CLASS 12 (U.S. CLS. 19, 21, 23, 31, 35 AND 44).

FIRST USE 7-31-2001; IN COMMERCE 7-31-2001.

OWNER OF U.S. REG. NOS. 1,709,918, 3,957,466 AND OTHERS.

THE MARK CONSISTS OF THE LETTER "S" FOLLOWED BY A DASH AND THEN THE WORD "WORKS" ALL IN A STYLIZED FONT.

SER. NO. 85-624,390, FILED 5-14-2012.

IRA J. GOODSAID, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office